AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| OLIVIA GARDEN, INC., a California Corporation, <br><br> Plaintiff(s) <br> v. <br><br> STANCE BEAUTY LABS, LLC, a Connecticut Limited Liability Company; Burlington Stores, Inc., a Delaware corporation; and DOES 1 through 25, inclusive, <br> Defendant(s) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stance Beauty Labs, LLC         Burlington Stores, Inc.
                                     1100 Summer Street              2006 Route 130
                                     Stamford, Connecticut 06905     Burlington, New Jersey  08016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew P. Guichard, SBN 107450
Christopher K. Teng, SBN 176431
Guichard, Teng & Portello, A.P.C.
101 Ygnacio Valley Road, Suite 112
Walnut Creek, California 94596
Tel.: (925) 459-8440    Fax: (925) 459-8440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*