MATTHEW P. GUICHARD, SBN 107450
CHRISTOPHER J. GARRETT, SBN 264702
CHRISTOPHER K. TENG, (OF COUNSEL) SBN 176431
GUICHARD, TENG, PORTILLO, & GARRETT, A.P.C.
101 Ygnacio Valley Road, Suite 112
Walnut Creek, California 94596
Telephone:   (925) 459-8440
Facsimile:   (925) 459-8445

Attorneys for Plaintiff,
Olivia Garden, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA — OAKLAND

| | |
|---|---|
| OLIVIA GARDEN, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANCE BEAUTY LABS, LLC, a Connecticut Limited Liability Company; BURLINGTON STORES, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:17-CV-05778-HSG<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT BURLINGTON STORES, INC.**<br><br>Complaint Filed: October 6, 2017 |

///

///

///

///

///

-1-

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiff Olivia Garden, Inc. hereby voluntarily dismisses all claims against Defendant Burlington Stores, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice. Per agreement of counsel, each side is to bear its own costs and fees.

Dated: January 12, 2018

GUICHARD, TENG, PORTILLO & GARRETT, A.P.C.

By: _____
MATTHEW P. GUICHARD
CHRISTOPHER K. TENG
CHRISTOPHER J. GARRETT
Attorneys for Plaintiff,
OLIVIA GARDEN, INC.