MATTHEW P. GUICHARD, SBN 107450
CHRISTOPHER J. GARRETT, SBN 264702
CHRISTOPHER K. TENG, (OF COUNSEL) SBN 176431
GUICHARD, TENG, PORTILLO & GARRETT, A.P.C.
101 Ygnacio Valley Road, Suite 112
Walnut Creek, California 94596
Telephone: (925) 459-8440
Facsimile: (925) 459-8445

Attorneys for Plaintiff,
OLIVIA GARDEN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA — OAKLAND

| | |
|---|---|
| OLIVIA GARDEN, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANCE BEAUTY LABS, LLC, a Connecticut Limited Liability Company; Burlington Stores, Inc., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:17-CV-05778-HSG<br><br>**STIPULATION TO AMEND AND CORRECT CAPTION**<br><br>Complaint Filed: October 6, 2017 |

///

///

///

///

///

-1-

The parties herein, by and through counsel, stipulate to correct and amend the caption on Plaintiff's Second Amended Complaint as follows, to conform to the substance of that Second Amended Complaint:

1. The caption shall be amended to remove the name "Burlington Stores, Inc., a Delaware corporation" from the list of Defendants;
2. The caption shall be amended to add the name "BURLINGTON COAT FACTORY OF TEXAS, INC., a Delaware corporation" to the list of Defendants;
3. In line with these amendments, all further filings shall have a caption of the following form and appearance, unless and until a further amended complaint becomes the operative complaint in this matter:

| | |
|---|---|
| OLIVIA GARDEN, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANCE BEAUTY LABS, LLC, a Connecticut Limited Liability Company; BURLINGTON COAT FACTORY OF TEXAS, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:17-CV-05778-HSG<br><br><br><br>Complaint Filed: October 6, 2017 |

**IT IS SO STIPULATED.**

Dated: 2/28/2018

GUICHARD, TENG, PORTILLO & GARRETT A.P.C.

By: /s/ Christopher J. Garrett
CHRISTOPHER J. GARRETT
Attorneys for Plaintiff
OLIVIA GARDEN, INC.

-2-

| | |
|---|---|
| Dated: 2/28/2018 | ORRICK, HERRINGTON, & SUTCLIFFE, LLP |
| | By: /s/ L. Scott Oliver |
| | L. SCOTT OLIVER |
| | Attorneys for Defendant |
| | STANCE BEAUTY LABS, INC. |

**Filer's Attestation**: Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each signatory indicated above.

Dated: 2/28/2018

CHRISTOPHER J. GARRETT

**IT IS SO ORDERED.**

Dated: 3/5/2018

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge