| | |
|---|---|
| L. SCOTT OLIVER (State Bar No. 174824)<br>soliver@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>Attorney for Defendants,<br>STANCE BEAUTY LABS, LLC and<br>BURLINGTON COAT FACTORY<br>OF TEXAS, INC. | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLIVIA GARDEN, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>STANCE BEAUTY LABS, LLC, a Connecticut Limited Liability Company; BURLINGTON COAT FACTORY OF TEXAS, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:17-cv-05778-HSG<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING**<br><br>Date: May 17, 2018<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>Hon. Haywood S. Gilliam, Jr. |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND MOTION TO
DISMISS HEARING
CASE NO. 4:17-CV-05778-HSG

| | |
|---|---|
| 1 | WHEREAS, the parties have been in settlement discussions and seek to continue the date |
| 2 | of the Case Management Conference ("CMC") and the hearing date for Stance Beauty Labs, |
| 3 | LLC's Motion to Dismiss for Improper Venue, both currently scheduled for May 17, 2018, in |
| 4 | order to provide more time to confer. |
| 5 | WHEREAS, the parties have stipulated to continuing the CMC and motion hearing to July |
| 6 | 12, 2018, and request that the Court enter an order continuing the CMC and motion hearing, with |
| 7 | the hope of reaching an agreeable settlement. |
| 8 | WHEREAS, continuing the CMC and motion hearing would allow the parties to focus on |
| 9 | settlement discussions by delaying various obligations and deadlines triggered by the CMC, as |
| 10 | proscribed in the Patent Local Rules. |
| 11 | WHEREAS, on December 5, 2017, Magistrate Judge Susan Van Keulen granted a |
| 12 | stipulated continuance of the Initial Case Management Conference from January 9, 2018 until |
| 13 | March 13, 2018.  *See* Dkt. No. 23. |
| 14 | WHEREAS, on March 6, 2018, the parties filed a Joint Case Management Statement.  *See* |
| 15 | Dkt. No. 43. |
| 16 | WHEREAS, on March 12, the Court continued the date of the CMC previously set for |
| 17 | March 13, 2018 to May 17, 2018.  *See* Dkt. No. 48. |
| 18 | WHEREAS the parties have met and conferred, and agree to continue the CMC and |
| 19 | motion hearing from May 17, 2018 until July 12, 2018. |
| 20 | NOW THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully |
| 21 | request, that the Court enters an order as follows: |
| 22 | 1.    The May 17, 2018 CMC and motion hearing is continued until July 12, 2018. |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND MOTION TO
DISMISS HEARING
CASE NO. 4:17-CV-05778-HSG

1    Dated: May 7, 2018

| | |
|---|---|
| GUICHARD, TENG, PORTILLO & GARRETT, A.P.C. | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| */s/ Christopher J. Garrett* <br> Christopher J. Garrett <br> 101 Ygnacio Valley Road, Suite 112 <br> Walnut Creek, California 94596 <br> Telephone: 1+925-459-8440 <br> Facsimile:  1+925-459-8445 <br> Email: cgarrett@gtplawyers.com | */s/ L. Scott Oliver* <br> L. Scott Oliver <br> 1000 Marsh Road <br> Menlo Park, California 94025-1015 <br> Telephone:  1+650-614-7400 <br> Facsimile:   1+650-614-7401 <br> Email:  soliver@orrick.com |
| Attorneys for Plaintiff <br> Olivia Garden, Inc. | Attorneys for Defendants <br> Stance Beauty Labs, LLC and <br> Burlington Coat Factory of Texas, Inc. |

## SIGNATURE ATTESTATION

I, L. Scott Oliver, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Continuing Case Management Conference and Motion to Dismiss Hearing.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATED:  May 7, 2018          */s/ L. Scott Oliver*
                                                  L. Scott Oliver

Attorneys for Defendants
Stance Beauty Labs, LLC and
Burlington Coat Factory of Texas, Inc.

**ORDER**

Pursuant to the above Joint Stipulation and good cause appearing, the Case Management Conference and motion are continued from May 17, 2018 to July 19, 2018.

**IT IS SO ORDERED.**

Dated: May 7, 2018

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND MOTION TO
DISMISS HEARING
CASE NO. 4:17-CV-05778-HSG